THE STATE EX REL. CUEVAS, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Cuevas v. Indus. Comm.*
(2000), 88 Ohio St.3d 502.]

(No. 99–1851—Submitted April 10, 2000—Decided May 24, 2000.)

———

*Philip A. Marnecheck,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Gerald H. Waterman,* Assistant Attorney General, for appellee Industrial Commission.

*Frantz Ward, L.L.P.,* and *Maris J. McNamara,* for appellee Columbia Iron & Metal Company.

———

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.